DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD BERRY PARKS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1577

[August 26, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2017-CF-006962-AXXX-MB.

Ronald Berry Parks, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***